**Order entered July 2, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00325-CV

**TEODORA RIVAS CARRION, Appellant**

**V.**

**GILBERTO CARRION, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-18880-V**

## ORDER

The clerk's record in this case is overdue. By postcard dated April 21, 2014, we notified the Dallas County District Clerk that the clerk's record was overdue and directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed and we have not received any correspondence from the Dallas County District Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to

Gary Fitzsimmons, Dallas County District Clerk.

/s/    ADA BROWN
         JUSTICE